

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00804-CV

In the **INTEREST OF R.J.B.**, a Child

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA00078
Honorable Richard Garcia, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's Order of Termination terminating the parental rights of V.T. is AFFIRMED.

We order no costs assessed because appellant, V.T., is indigent.

SIGNED February 6, 2019.

Luz Elena D. Chapa, Justice